**Index of Exhibits Attached to Declaration of Caitlin B. Munley in Support of Defendants' Motion to Dismiss the Consolidated Amended Complaint**

| Ex. | DOCUMENT DESCRIPTION |
|---|---|
| 1 | dMY Technology Group, Inc. III's ("dMY") Form S-4, filed with the SEC on March 30, 2021 |
| 2 | November 21, 2021, Goldman Sachs Equity Research analyst report titled, "*IonQ, Inc. Promising Technology in an Untapped Quantum Computing Market; Initiate at Neutral*" |
| 3 | June 30, 2021, Craig Hallum analyst report titled, "*IonQ, Inc. Quantum Computing Could Change The World & IONQ Has A Credible Path To Be First In This Potential $100B+ Market. Initiating With A BUY Rating And $20 Price Target*" |
| 4 | Transcript of ICR Event Series Discussion held on July 15, 2021, filed with the SEC pursuant to Rule 425 |
| 5 | dMY's Form S-4, Rule 424B Proxy Statement, filed with the SEC on August 12, 2021 |
| 6 | IonQ's April 13, 2021, Analyst Day Management Presentation, filed with the SEC pursuant to Rule 425 |
| 7 | IonQ's March 7, 2021, Roadshow Investor Presentation, and Roadshow transcript, attached as exhibits to IonQ's Form 8-K filed with the SEC on March 8, 2021 |
| 8 | IonQ's Form 10-Q for the quarter ended September 30, 2021, filed with the SEC on November 15, 2021 |
| 9 | IonQ's Form 10-K for the year ended December 31, 2021, filed with the SEC on March 28, 2022 |
| 10 | IonQ's Form S-1 Registration Statement, filed with the SEC on October 4, 2021 |
| 11 | IonQ's April 13, 2021, Analyst Day Presentation, filed with the SEC pursuant to Rule 425 |
| 12 | IonQ's March 21, 2019, press release titled, *IonQ Publishes New Benchmarks for Quantum Computation* |
| 13 | November 29, 2019, Nature Communications article titled, *Benchmarking an 11-Qubit Quantum Computer* |
| 14 | IonQ's June 16, 2020, press release titled, *IonQ Secures New Funding and Advisory Board Members to Meet Growing Quantum Computing Industry Demand* |

| Ex. | DOCUMENT DESCRIPTION |
|---|---|
| 15 | IonQ's November 4, 2019, press release titled, *IonQ Partners with Microsoft to Power Azure Quantum* |
| 16 | IonQ's December 2, 2019, press release titled, *IonQ Helps Bring Quantum Computing to Life on Amazon Web Services* |
| 17 | IonQ's October 1, 2020, press release titled, *IonQ Unveils World's Most Powerful Quantum Computer* |
| 18 | IonQ's October 1, 2020, blog post titled, *Introducing the World's Most Powerful Quantum Computer* |
| 19 | IonQ's December 9, 2020, blog post titled, *Scaling IonQ's Quantum Computers: The Roadmap* |
| 20 | dMY's Form 10-K for the year ended December 31, 2020, filed with the SEC on March 25, 2021 |
| 21 | September 13, 2021, Arxiv article titled, *Generative Quantum Learning of Joint Probability Distribution Functions* |
| 22 | IonQ's September 22, 2021, press release titled, *IonQ and Fidelity Center for Applied Technology Demonstrate Quantum Machine Learning for Finance on IonQ Quantum Computers* |
| 23 | IonQ's September 21, 2021, press release titled, *Goldman Sachs, QC Ware and IonQ Demonstrate Quantum Algorithms Proof-of-Concept That Could Revolutionize Financial Services, Other Industries* |
| 24 | September 20, 2021, Arxiv article titled, *Low Depth Amplitude Estimation on a Trapped Ion Quantum Computer* |
| 25 | IonQ's October 18, 2021, blog post titled, *Benchmarking Our Next-Generation System* |
| 26 | October 7, 2021, Arxiv article titled, *Application-Oriented Performance Benchmarks for Quantum Computing* |
| 27 | IonQ's Form 8-K, filed with the SEC on March 28, 2022 |
| 28 | May 3, 2022 Scorpion Capital Research report titled, "*IONQ The 'World's Most Powerful Quantum Computer' Is A Hoax With Staged Nikola-Style Photos—An Absurd VC Pump With A Recent Lock-Up Expiration Takes SPAC Abuses To New Extremes*" |

| Ex. | Document Description |
|---|---|
| 29 | IonQ's May 4, 2022, press release titled, *IonQ Reiterates Unwavering Commitment to Building the Quantum Future* |
| 30 | IonQ's May 12, 2022, blog post titled, *IonQ Founders Respond to Scorpion Capital Report* |
| 31 | May 17, 2022 Craig Hallum analyst report titled, "*IonQ, Inc. Bookings, Revenue & Technology/Platform Progress Continues To Improve. Reiterate BUY Rating And Lowering Price Target to $12 On Lower Market Multiples*" |
| 32 | May 4, 2022, The Quantum Insider article titled, *TQI Exclusive: IonQ Stock Falls After Short Report From Scorpion Capital* |
| 33 | Project Q's May 11, 2022, blog post titled, *When the Scorpion Strikes* |
| 34 | Multiverse Computing's May 6, 2022, Twitter post |
| 35 | 1Qbit's May 5, 2022, Twitter post |
| 36 | IonQ's June 23, 2022, press release titled, *IonQ and GE Research Demonstrate High Potential of Quantum Computing for Risk Aggregation* |
| 37 | IonQ's August 16, 2022, press release titled, *IonQ Aria Available Today on Azure Quantum Platform* |
| 38 | IonQ's September 30, 2022, press release titled, *IonQ Secures Contract to Provide Quantum Solutions to United States Air Force Research Lab* |
| 39 | IonQ's November 14, 2022, press release titled, *IonQ Announces Third Quarter 2022 Financial Results* |
| 40 | May 26, 2022, Gil Kalai article titled, *Quantum Computers: A Brief Assessment of Progress in the Past Decade* |
| 41 | October 4, 2021, Nature article titled, *Fault-Tolerant Control of an Error-Corrected Qubit* |
| 42 | September 24, 2020, Arxiv article titled, *Fault-Tolerant Operation of a Quantum Error-Correction Code* |
| 43 | October 7, 2020, Forbes article titled, *IonQ Releases A New 32-Qubit Trapped-Ion Quantum Computer With Massive Volume Claims* |
| 44 | IonQ's September 13, 2021, Investor Update Presentation, filed with the SEC pursuant to Rule 425 |

| Ex. | DOCUMENT DESCRIPTION |
|---|---|
| 45 | Transcript of IonQ's Third Quarter FY2021 Earnings Call, held on November 15, 2021 |
| 46 | IonQ's September 9, 2021, press release titled, *IonQ Triples Expectation for 2021 Contract Bookings* |
| 47 | Transcript of a Benzinga interview, held on March 9, 2021, and filed with the SEC pursuant to Rule 425 |
| 48 | IonQ's video titled, *The Quantum Landscape*, filed on April 13, 2021, with the SEC pursuant to Rule 425 |
| 49 | Transcript of the IPO Edge Fireside Chat held on July 15, 2021, filed with the SEC pursuant to Rule 425 |
| 50 | IonQ's September 9, 2021, Twitter post |
| 51 | IonQ's Business Call Update, held on September 20, 2021, filed with the SEC pursuant to Rule 425 |
| 52 | IonQ's November 15, 2021, press release titled, *IonQ Announces Third Quarter Financial Results* |
| 53 | IonQ's March 8, 2021, video titled, *The Age of Quantum*, embedded into IonQ's press release titled, *IonQ to Become the First Publicly Traded Pure-Play Quantum Computing Company* |
| 54 | Chart created by Defendants' counsel for purposes of the Motion to Dismiss cataloging statements that Plaintiffs purportedly challenge in the Consolidated Amended Complaint. |
| 55 | Chart created by Defendants' counsel for purposes of the Motion to Dismiss cataloging IonQ's risk disclosures and cautionary language regarding any forward-looking statements in its filings with the SEC, press releases, presentations, and transcripts of calls with investors and analysts. |