# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **MICHAEL LEACOCK,** | * | |
| Plaintiff, | * | |
| v. | * | Civ. No. DLB-22-1306 |
| **IONQ, INC.,** *et al.*, | * | |
| Defendants. | * | |

## ORDER

For the reasons stated in the memorandum opinion issued this same date, it is this 28th day of September, 2023 hereby ORDERED that:

1. The motion to dismiss of defendants IonQ, Inc., Peter Chapman, and Thomas Kramer, ECF 75, is GRANTED, and the plaintiffs' claims against them are DISMISSED with prejudice;

2. The motion to dismiss of defendants Niccolo De Masi, Harry You, Darla Anderson, Francesca Luthi, and Charles E. Wert, ECF 77, is GRANTED and the plaintiffs' claims against them are DISMISSED with prejudice; and,

3. The Clerk SHALL CLOSE this case.

Deborah L. Boardman
United States District Judge