IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **MICHAEL LEACOCK,** | * | |
| Plaintiff, | * | |
| v. | * | Civ. No. DLB-22-1306 |
| **IONQ, INC.,** *et al.*, | * | |
| Defendants. | * | |

**AMENDED ORDER**

For the reasons stated in the memorandum opinion issued on September 28, 2023, it is this 29th day of September, 2023 hereby ORDERED that:

1. The request for judicial notice of defendants IonQ, Inc., Peter Chapman, and Thomas Kramer, ECF 76, is GRANTED IN PART and DENIED IN PART;

2. The motion to dismiss of defendants IonQ, Inc., Peter Chapman, and Thomas Kramer, ECF 75, is GRANTED, and the plaintiffs' claims against them are DISMISSED with prejudice;

3. The motion to dismiss of defendants Niccolo De Masi, Harry You, Darla Anderson, Francesca Luthi, and Charles E. Wert, ECF 77, is GRANTED, and the plaintiffs' claims against them are DISMISSED with prejudice; and

4. The Clerk SHALL CLOSE this case.

Deborah L. Boardman
United States District Judge