FILED: April 8, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1709
(8:22-cv-01306-DLB)
_____

ANTHONY DEFEO; CHEON JONG KU; NG YU

       Plaintiffs - Appellants

and

MICHAEL LEACOCK, Individually and On behalf of All Others Similarly Situated

       Plaintiff

v.

IONQ, INC.; PETER CHAPMAN; THOMAS KRAMER; NICCOLO DE MASI; HARRY YOU; DARLA ANDERSON; FRANCESCA LUTHI; CHARLES WERT

       Defendants - Appellees

_____

J U D G M E N T
_____

In accordance with the decision of this court, the judgment of the district court is affirmed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ NWAMAKA ANOWI, CLERK